**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 41575**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2014 Unpublished Opinion No. 744 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: September 30, 2014 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| STEVEN A. JASPER, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County. Hon. George A. Southworth, District Judge.

Judgment of conviction and unified sentence of three years, with a minimum period of confinement of one and one-half years, for aggravated assault, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Reed P. Anderson, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Jessica M. Lorello, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Chief Judge; LANSING, Judge;
and MELANSON, Judge

_____

PER CURIAM

Steven A. Jasper pled guilty to aggravated assault. I.C. §§ 18-901(b), 18-905(a)(b). The district court sentenced Jasper to a unified term of three years, with a minimum period of confinement of one and one-half years. However, the district court retained jurisdiction. Jasper appealed. Jasper filed an I.C.R. 35 motion for reduction of his sentence, which the district court denied. While this appeal was pending, the district court relinquished jurisdiction. Jasper filed a second Rule 35 motion, which the district court also denied. On appeal, Jasper asserts that his sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982).  When reviewing the length of a sentence, we consider the defendant's entire sentence.  *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Jasper's judgment of conviction and sentence are affirmed.